[DO NOT PUBLISH]

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 7, 2006
THOMAS K. KAHN
CLERK

No. 06-10886
Non-Argument Calendar
_____

D. C. Docket No. 05-00039-CR-T-26-MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

WILLIE B. SHARP, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

**(November 7, 2006)**

Before BIRCH, DUBINA and HILL, Circuit Judges

PER CURIAM:

Thomas H. Ostrander, appointed counsel for Willie B. Sharp, Jr., in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sharp's conviction and sentence are **AFFIRMED**.